Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
Sevan Gobel, Esq. (State Bar No. 221768)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
801 So. Figueroa Street, 15th Floor
Los Angeles, CA 90017
Telephone: (213) 624-6900

JS6

Attorneys for Defendant
J. C. PENNEY COMPANY, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUCY MEJIA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>J.C. PENNEY COMPANY, INC., a Delaware Corporation; DOES 1 TO 30,<br><br>　　　　　Defendants. | Case No.:   CV 07-06597 JFW  VBKx<br><br>**ORDER RE: JOINT STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

**IT IS HEREBY ORDERED THAT:**

Pursuant to the Stipulation submitted by the parties, the above-captioned action is hereby dismissed with prejudice as to defendant J. C. PENNEY COMPANY, INC. pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(ii).

Dated: April 29, 2008

_____
Honorable John F. Walter
Judge of the United States District Court